IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ILLINOIS CHAPTER OF THE NATIONAL ELECTRICAL CONTRACTORS ASSOCIATION AND INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 193,<br><br>Plaintiffs,<br><br>v.<br><br>HOHIMER ELECTRIC INC.,<br><br>Defendant. | No. 07-3206 |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, Hohimer Electric, Inc., and that the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, Hohimer Electric, Inc., as follows:

1

A.  The April 3, 2007, Decision issued by the NECA-IBEW Joint Labor-Management Committee is hereby confirmed. Hohimer Electric, Inc., is ordered to cease performing commercial work as an electrical contractor. Further, Hohimer Electric, Inc., is ordered to produce records to permit NECA-IBEW Health and Welfare and Pension Trust Funds to conduct a payroll audit of the company.

B.  Judgment is entered in favor of the Plaintiffs and against the Defendant for known delinquent contributions in the amount of $15,897.67 through July 2007.

C.  Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:  September 19, 2007

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE